IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

GRAPECO, INC.,

        Debtor/Appellee,

    v.                              CIV. NO. S-05-574 LKK
                                    BK. NO. 04-32498-D-7

BANK OF THE WEST,

        Appellant.
_____/

In re:

MICHAEL HAT, et al.,

        Debtor/Appellee,

    v.                              CIV. NO. S-05-612 DFL
                                    BK. NO. 04-32499-D-7
BANK OF THE WEST,              **RELATED CASE ORDER**

        Appellant.
_____/

    Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).

1

1   Accordingly, the assignment of the matters to the same judge
2 is likely to effect a substantial savings of judicial effort and
3 is also likely to be convenient for the parties.
4   The parties should be aware that relating the cases under
5 Local Rule 83-123 merely has the result that two (2) actions are
6 assigned to the same judge and magistrate judge; no consolidation
7 of the actions is effected.[1]  Under the regular practice of this
8 court, related cases are generally assigned to the judge to whom
9 the first filed action was assigned.
10   IT IS THEREFORE ORDERED that the action denominated CIV. NO.
11 S-05-612 DFL be, and the same hereby is, reassigned to Judge
12 Lawrence K. Karlton for all further proceedings.  Henceforth, the
13 caption on documents filed in the reassigned case shall be shown
14 as CIV. NO. S-05-612 LKK
15   The Briefing Schedule issued on April 22, 2005 in Case No.
16 Civ. S-05-574 LKK shall control in both cases.
17   IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of civil cases to
19 compensate for this reassignment.
20   DATED: April 26, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] While the court declines at this time to consolidate the two appeals, the previously-issued briefing schedule in Case No. Civ. S-05-574 LKK shall control.  The parties are relieved of their obligation to file excerpts of record, where they would be duplicative, in Case. No. Civ. S-05-612 LKK.

2