JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT B. KAPLAN (Bar No. 76950)
NICOLAS De LANCIE (Bar No. 84934)
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Appellant BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>GRAPECO, INC.,<br><br>    Debtor. | CIV. NO. S-05-574 LKK<br><br>BK. NO. 04-32498-D-7<br><br>**ORDER RE: STIPULATION TO CONTINUE ORAL ARGUMENT** |

**ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA FROM AN ORDER ENTERED
BY THE HONORABLE THOMAS C. HOLMAN, BANKRUPTCY JUDGE,
AUTHORIZING RECEIVER TO DISBURSE FUNDS PURSUANT TO TERMS
<u>OF STIPULATED ORDER GRANTING RELIEF FROM THE STAY</u>**

1    Based upon the Court's review of the Stipulation to Continue Oral Argument and
2 good cause appearing therefor;
3    **IT IS HEREBY ORDERED** that the oral argument in this matter, currently
4 scheduled for December 2, 2005, at 10:00 a.m. be, and hereby is, continued to December 12, 2005
5 at 10:00 a.m.
6 Dated:   November 17, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge