JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT B. KAPLAN (Bar No. 76950)
Nicolas De Lancie (Bar No. 84934)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Appellant
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In Re | CIV. NO. S-05-574 LKK |
|---|---|
| GRAPECO, INC., | BK. NO. 04-32498-D-7 |
| Debtor. | **ORDER DISMISSING APPEAL** |

**ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA FROM AN ORDER ENTERED BY THE HONORABLE THOMAS C. HOLMAN, BANKRUPTCY JUDGE, AUTHORIZING RECEIVER TO DISBURSE FUNDS PURSUANT TO THE TERMS OF STIPULATED ORDER GRANTING RELIEF FROM THE STAY**

1  The Court, having reviewed the Stipulation to Dismiss Appeal entered into between Bank of the West and Michael McGranahan, the Chapter 7 Trustee appointed over Grapeco, Inc., and good cause appearing therefor:

IT IS ORDERED THAT:

1. The above-referenced appeal is DISMISSED; and

2. Bank of the West and Michael McGranahan, the Chapter 7 Trustee appointed over Grapeco, Inc. shall bear their own costs and expenses, as to each other, with respect to said appeal.

DATED: November 29, 2005        <u>Lawrence K. Karlton</u>
                                UNITED STATES DISTRICT JUDGE

PRINTED ON RECYCLED PAPER

MS Word RBK SF 468122v1 58881-0015 11/23/05

- 2 -